IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **BRENDA MINTIE,** | Case No.5:12CV1414 |
| Plaintiff, | |
| -vs- | <u>O R D E R</u> |
| **Commissioner of Social Security,** | |
| | **JUDGE CHRISTOPHER A. BOYKO** |
| Defendant. | |

On June 5, 2012, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge George J. Limbert pursuant to Local Rule 72.2(b). On July 17, 2013, the Magistrate Judge recommended that the final decision of the Commissioner be reversed and the matter remanded for further proceedings.(Dkt.#16). On July 31, 2013, the Defendant filed a Response to Report and Recommended Decision stating she will not be objecting.

Therefore, Magistrate Judge Limbert's Report and Recommendation is **ADOPTED** and the decision of the Commissioner is vacated and the case remanded for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated:7/31/2013         *S/Christopher A. Boyko*
                        CHRISTOPHER A. BOYKO
                        UNITED STATES DISTRICT JUDGE